FILED

IMRAN KHAN

11535 YOLANDA AVENUE

NORTHRIDGE, CA 91326

323-617 2229

Imranpop.art1@gmail.com

2017 MAY -5  PM 2:07

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALA.
___ ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

IMRAN KHAN

        Plaintiff,

   vs.

BEN BRIDGE JEWELERS

JANIS LINN

VERONICA NICHOLS

     Defendant.

CASE NO.

**CV17-03427 JFW (AGRx)**

**FAIR DEBT COLLECTIONS**

**FAIR CREDIT REPORTING ACT**

**ROSENTHAL ACT**

## I.   COMPLAINT
## INTRODUCTION

1.  This is an action for damages brought by an individual consumer against Defendants for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. Fair Credit Reporting Act , 15 U.S.C. § 1681 et seq.  The California Rosenthal Act, Civil Code § 2932.5, § 2923.5 & 1785.25 et seq mirrors (FDCPA).

PLAINTIFF'S IMRAN KHAN COMPLAINT                                            1

The Fair Debt Collection Practices Act  and Fair Credit Reporting Act , 15

U.S.C. § 1681 s-2  both of which prohibit debt collectors from engaging in false

or misleading representation

## II. JURISDICTION AND VENUE

2.  This Court has jurisdiction under:  15 U.S.C. sec. 1692 k (d), 28 U.S.C.

sec. 1331, and 28 U.S.C. sec. 1337. Supplemental jurisdiction exist for the state

law claims pursuant to 28 U.S.C. § 1367. Venue is proper pursuant to: 28 U.S.C.

§ 1391(b) where that the defendant transact business here and the conduct

complained of occurred here.

## III.    PARTIES

3.  Plaintiff(s) Imran Khan a natural person resided at California.

Plaintiff(s) is a consumer within the meaning of 15 U.S.C. sec. 1692 a (3), 15

U.S.C. § 1681 a (c).

4.  Defendant: BEN BRIDGE JEWELERS doing

business in CALIFORNIA, operating from an address:  2901 3rd Avenue

SEATTLE, WA 98121

Defendant: JANIS LINN, operating from an address: 2901 3rd Avenue

SEATTLE, WA 98121

Defendant: VERONICA NICHOLS, operating from an address: 2901 3rd Avenue

SEATTLE, WA 98121

PLAINTIFF'S IMRAN KHAN COMPLAINT

2

5.  Defendants regularly engaged as furnishers of consumer Transunion, Experian, Equifax credit file. Defendant regularly attempt to collect consumer debt alleged to be due to another. 15 USC 1962e] (8) Communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed.

6.  Defendants are " debt collectors" as defined by the FDCPA, 15 U.S.C. § 1692a (6), by the Rosenthal Act, California Civil Code 1788.2 (c) and furnishers of information defined by the 15 U.S.C. § 1681s-2.

8. Defendants are all entities or individuals who contributed to or participated in, or authorized the acts or conspired with the name Defendants to commit the acts and do the things complained of which caused the injuries and damages to Plaintiff as set forth below. Each of the parties, named and fictitious, acted as principal and agent each of the other, and combined and concurred each with the other in committing the acts that injured the Plaintiff.

9. Plaintiff is a "debtor" as defined by the Rosenthal Act, California Civil Code 1788.2(h).

10.  The purported debt which defendants attempted to collect from Plaintiff was a "consumer debt" as defined by the Rosenthal Act, California Civil Code § 1785.25(a).

## IV.   STATEMENT OF FACTS

11. Comes now Imran Khan who does herby file complaint for violations of damages under (FDCPA) 807 (8) 15 U.S.C sec. 1692 et seq. (FCRA) 623 (a)(3) § 623; and the California Rosenthal Act Civil Codes sec. 1785.25(a) et seq.

12. Plaintiff has a closed, paid in full, written off account with Ben Bridge Jewelers upon his credit profile that reads as a negative account.

13. The inactive account in question as furnished by Ben Bridge Jewelers reads as follows: Account # 6800825

14. Around May, 2015 Plaintiff satisfactorily submitted final payment ending the Ben Bridge Jewelers account (see exhibit F1of1, F1of2). Thereafter, Ben Bridge Jewelers reported Plaintiff account to the credit reporting agencies (CRA's). see exhibit # AE1

15. As of January 2017 and February 2017, Plaintiff has been denied credit and or home loans altogether or offered only high interest rates on at least three occasions (see exhibit PAL, PAC).

16. Between February 2017 and March 2017, Plaintiff obtained and informed his 3 consumer credit reports agencies Experian, Equifax, Transunion that their credit reports included inaccurate information. The reports is misleading to such an extent that it can be expected to adversely affect credit decisions. Plaintiff

had no knowledge (Defendant) was reporting on his credit profile.

17. Plaintiff disputed the inaccuracies and fraudulent charges on account reported negative with the CRA's by the Ben Bridge Jewelers (defendants). Plaintiff received investigation report results. However, negative accounts still reflects plaintiff credit profile. In response from the defendant Ben Bridge Jewelers the investigation finds that the information is incomplete or cannot be verified with respect to the disputed information.

18. In response letters of February 22, 2017 signed by Veronica Nichol of the Ben Bridge Jewelers (see exhibit BBJ1). The response was not clear for validation as they report to the CRA's. The response letter request personal information from the plaintiff i.e. dob, ssn, Acct#, in addition a signature that matches signature on a original credit application that plaintiff has to provide to confirm identity just for the defendant to review plaintiff (any) account.

19. Plaintiff made repeated vein attempts with CRA's to re-investigate reports requesting deletion of inaccuracies by CRA's reporting of obsolete information after accuracy had been brought to their attention.

20. In response letters of April 05, 2017 signed by Janis Linn of the Ben Bridge Jewelers (see exhibit BBJ2). The response was not clear for validation as they report to the CRA's. The response letter after update of plaintiff full social

security number, name and account number the defendants still request personal

information from the plaintiff i.e. dob, ssn, Acct#, in addition a signature that

matches signature on a original credit application that plaintiff has to provide to

confirm identity just for the defendant to review plaintiff (any) account.

21. Defendant(s) continuously under false pretense willful and

knowingly attempt to obtain information to collect alleged debt constitutes

harassment  sec. 617 of the FCRA.

## Imran Khan Disputes the BBJ's Account in his Credit Report

**22.**  Ben Bridge Jewelers is a credit furnisher governed by the FCRA, 15 U.S.C.

§ 1681s-2.

23. Ben Bridge Jewelers reported a collection account to the national CRA's. In

February 2017, the Plaintiff disputed the partial account 6800825… to the

three national CRAs. He unambiguously stated that the debt was not his. (see

exhibit D1, D2, D3, D4)

24. The Plaintiff sent certified mail a letter demanding validation of the

alleged debt and removal of inquires to the defendant.

25.  On information and belief, the Plaintiff alleges that each CRA then

forwarded his disputes to Ben Bridge Jewelers and in response to each dispute,

Ben Bridge Jewelers (Defendants) simply responded "verified" that the account belonged to it and was owed by Plaintiff Khan.

26.  Ben Bridge Jewelers also knew when it received the Plaintiff's disputes that it did not have any underlying documents – cardmember agreements, signed application, credit card statements, etc. – to support the debt. Ben Bridge Jewelers only lawful option was to delete the tradeline.

27.  Ben Bridge Jewelers had actual knowledge that this is what the FCRA required - a "meaningful searching inquiry" and that BBJ (defendants) could not re-report or "verify" the account tradeline to the CRAs when it lacked underlying documentation.

28. Plaintiffs also contends that the credit-reporting agencies did not investigate these errors, even after the plaintiffs had notified the agencies of the errors on their reports. Defendants allegedly violated the Fair Credit Reporting Act and its California state-law counterparts because (1) they did not use "reasonable procedures to assure maximum possible accuracy" in reporting debts discharged in bankruptcy, 15 U.S.C. § 1681e(b), and (2) after being informed of the credit-report errors, Defendants did not "conduct a reasonable reinvestigation to determine whether the disputed information [was] inaccurate," 15 U.S.C. § 1681i(a). See also Cal. Civ. Code §§ 1785.14(b), 1785.16; Cal.

**Defendants' Specific Collection Conduct regarding Imran Khan**

29.  The Defendants' conduct and action was materially false in all of the ways so far alleged.  For example and without limitation, the affiant had not reviewed any business or account records; he/she did not have personal knowledge of the indebtedness or the account; he/she did not consider any substantive documents; no substantive documents existed; he/she did and could not check to determine if the Plaintiff had validly disputed the account (he had) and the affiant certainly wouldn't have been competent to ever testify in a court of law that Mr. Khan was so indebted (or as regards anything else in the conduct and action). (emphasis)

30.  The FTC entered into a Consent Decree with Performance Capital Management, Inc. (PCM), a debt buyer and furnisher of credit information subject to § 1681s-2. Among the FTC's allegations was that upon receiving a CDV form from a CRA, "it is the practice of PCM to compare the name, address, and information in PCM's computer database with the information provided on each consumer dispute verification form. Where the two match, PCM reports that is has verified as accurate the information in its file." The FTC alleged that "verifying information in the computerized PCM file does not constitute an 'investigation' for purposes of Section 623(b) [§ 1681s-2(b13)].

31. " The FTC's Consent Decree remedied this noncompliance with § 1681s-2(b) with entry of the following injunction enjoining PCM from: failing to properly investigate consumer disputes, as required by Section 623(b) of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b), when consumer reporting agencies refer disputes to the defendant pursuant to Section 611(a)(2), 15 U.S.C. § 1681i(a)(2).

32. In order to comply with Section 623(b) when a consumer disputes the accuracy of information reported by the defendant to a consumer reporting agency, defendant shall either verify the information with the original account records within the time period set forth in the Fair Credit Reporting Act or take all necessary steps to delete the information from the files of all consumer reporting agencies to which the information was reported. In any situation where the defendant either knows that no original records exist, or is informed by the original creditor that no records exist, the defendant shall, within five business days after receiving the consumer dispute, notify all consumer reporting agencies to which the information has been provided that the information is to be deleted from the file of the consumer who has disputed the account;.... (Emphasis added).

33. In the facts before this court, the degree of reprehensibility is great, as defendant has stood by its faulty system for years, insisting its procedures are

reasonable, in the face of obvious evidence otherwise. ...

Under the defendant's system, when a consumer disputes a debt, of such

disputes are checked by a computer merely making sure the disputed debt is the

same as the information defendant has in its system already. Upon such review,

defendant then asserts the debt is valid each and every time. As plaintiff points

out, defendant checks its own records as a means of validating the debt, although

the debts are all purchased, at discount, from various creditors who have been

unable to collect on them. In this instance paid.


34. Experian, Transunion, Equifax, is a credit reporting agency within the

Meaning FCRA 15 U.S.C 1681 (f).


35. Consumer credit reporting is a consumer report within the meaning FCRA

15 U.S.C 1681 a(d).


36. The FCRA 15 U.S.C sec 1681b defines the permissible purposes for

which A person may obtain a consumer credit report. As to defendants

inquiry pull, the Plaintiff  is/ was not at any given time involved in the any

related underlying credit transaction, nor had Plaintiff participated in the any

transaction in writing otherwise.

37.  Defendants regularly engaged as furnishers of consumers Transunion,

Experian, Equifax credit file, such permissible purpose as defined by 15 U.S.C

1681b are generally if the consumer makes applications for credit, makes

Application for employment, for underwriting of insurance involving that

consumer or is offered a bonafide offer of credit as a result of the inquiry.

38.  The actions of the defendant obtaining consumers credit

report With no validation for permissible purposes or contract bearing signature

between Defendant and plaintiff consent are clear and willful violations of FCRA,

15 U.S.C §1681b and an illegal practices against Plaintiff's right to privacy.

39.  Defendant at no time has communicated with plaintiff what

justification they may have had by obtaining plaintiff credit profile multiple

times.

40.  Plaintiff  have given ample opportunity for defendant to justify their

action.

41. Plaintiff discovery of violations brought forth herein occurred in

March 2017 and are within statute of limitations as defined on the FCRA, 15

U.S.C sec 1681p FDCPA 15  U.S.C Sec. 1692k (d).

# v. CAUSE OF ACTION

## FIRST CAUSE OF ACTION

Violations of FDCPA 15 U.S.C 1962 e,g

(as against defendant(s): BEN BRIDGE JEWELERS,  JANIS LINN,

VERONICA NICHOLS

42. Plaintiff re-alleges and incorporates paragraphs 11-41. Plaintiff is a

Consumer within the meaning of the FDCPA 15 U.S.C sec 1692a (3)

Portfolio Recovery Associates, LLC are debt collectors within the meaning of

FDCPA 15 U.S.C. sec 1692a(6)

43.  Plaintiff re-alleges and incorporated paragraphs 11-41. Based on the

Foregoing consumers credit reports. The defendant FDCPA violations

include but are not limited to the following:

Portfolio Recovery Associates, LLC violated 15 U.S.C. § 1692e(8)

communicating or threatening to communicate to any person credit information

which should be known to be false, including the failure to communicate that a

disputed debt is disputed.

44. Plaintiff re-alleges and incorporates paragraphs 11-41. Defendants

violated the FDCPA. Defendants violations include, but are not limited to, the

following:

(a)   The Defendants violated 15 U.S.C. § 1692d by engaging in conduct the natural consequence of which is to harass, oppress, and abuse persons in connection with the collection of the alleged debt;

(b)   The Defendant violated 15 U.S.C. § 1692e(2) by misrepresenting the legal status of the debt;

(c )   The Defendant violated 15 U.S.C. § 1692e(10) by using a false representation and deceptive means to collect or attempt to collect any debt or to obtain information regarding a consumer;

(d)   The Defendant violated 15 U.S.C. § 1692 f by using unfair or unconscionable means to collect or attempt to collect a debt;

(e)   The Defendant violated 15 U.S.C. § 1692f(1) by attempting to collect an amount not permitted by law.

45.  As a result of the above violations of the FDCPA, Defendants are liable to the Plaintiff for Plaintiff's actual damages, statutory damages, and court fees and costs Pursuant to 15 U.S.C. § 1692k

## SECOND CAUSE OF ACTION

## AS AGAINST DEFENDANT(S):

Violations of FCRA 15 U.S.C 1681s-2 (a)(3), 1681b

(as against defendant(s): BEN BRIDGE JEWELERS,  JANIS LINN, VERONICA NICHOLS

46. Plaintiff re-alleges and incorporates paragraphs 11-41. Based on the

Foregoing consumers credit reports. The defendant FCRA violations

include but are not limited to the following:

Portfolio Recovery Associates, LLC violated 15 U.S.C. § 1681s-2 (a)(3) Duty to

provide notice of dispute. If the completeness or accuracy of any information

furnished by any person to any consumer reporting agency is disputed to such

person by a consumer, the person may not furnish the information to any

consumer reporting agency without notice that such information is disputed by

the consumer.

47. Plaintiff re-alleges and incorporated paragraphs 11-41. Based on the

Foregoing consumers credit reports. The Defendants willfully violated the

FCRA. Defendant's violations include, but are not limited to, the following:

Defendants negligently violated 15 U.S.C. §1681b(f) by obtaining  Plaintiff's

consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

four times:

a.   April , 2015, one soft pull from Experian.  (demand $1000 for this
     violation)

b.   April , 2015, one hard pull from Experian.  (demand $1000 for this
     violation)

c.   March , 2017, one soft pull from Experian.  (demand $1000 for this
     violation)

d.  March , 2017, one hard pull from Experian.  (demand $1000 for this violation).

Ben Bridge Jewelers, violated 15 U.S.C. § 1681b. Plaintiff a

consumer within the meaning of the FCRA 15 U.S.C sec. 1681(c)

Ben Bridge Jewelers is a furnisher of Information within

meaning of the FCRA 15 U.S.C sec. 1681 s-2

## THIRD CAUSE OF ACTION

## VIOLATION OF Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA)

## (As against Defendant(s) Ben Bridge Jewelers, Janis Linn, Veronica Nichols)

48. Plaintiff alleges and incorporates the information in paragraphs 11 through 35.

49. Plaintiff is a consumer within the meaning that is defined by *Cal. Civ. Code § 1788.2(h )*

50. Defendants are debt collectors within the meaning of §1788.2(c)

51. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. §1692 et seq.*

i.  Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

ii.  Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

# v. REQUEST FOR RELIEF

**WHEREFORE,** the Plaintiff requests :

52. That this court grants judgment against defendant for first claim for Relief 1.) actual damages by jury 2.) punitive & statutory damages 15 U.S.C sec 1692 (1) 1692 f (6) remedies 1692 k, Rosenthal act $1,000 Per statue 3.) legal cost and fees. 4.) Any relief as the court see fit.

53. That this court grants judgment against defendants for second claim for Relief 1.) actually damages to be determined by jury 2.) punitive and statutory damages FCRA 15 U.S.C sec 1681b $4000.00 3.) court fees and cost 4.) any reliefs as court see fit.

54. That this court grants judgment against Defendants for: Third claim for relief pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal.  Civ. Code §1788.30(b)*, and Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(c)*, and any other relief that this Honorable Court deems appropriate.

1.) Actual damages to be determined by jury  2.) punitive & statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal.  Civ. Code §1788.30(b), § 1785.25(a)* $1,000.00  3.) Court fees and cost pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(c)*

4.) Any relief

    as court sees fit.

Date: 5/4/17

Sign:

Print: IMRAN KHAN

## DEMAND FOR JURY TRIAL

Plaintiff hereby request a jury trial on all issues raised in this complaint

Date: 5/4/17

Sign:

Print: IMRAN KHAN

PLAINTIFF'S IMRAN KHAN COMPLAINT

17

Exhibit # PAL

# PRE-APPROVAL LETTER



January 13, 2017

IMRAN KHAN
11535 YOLANDA AVE.
PORTER RANCH, CA 91326

Contract#: 2-01701091-91736

Dear IMRAN KHAN,

Guidance is pleased to inform you, based on the information we have obtained about your credit history, a preliminary determination has been made that you are Pre-Approved for the following contract terms:

| | | | |
|---|---|---|---|
| Financing Amount of: | **$502,499.25** | Term of Contract: | **30-Year Jumbo -** |
| Purpose of Pre-approval: | **Purchase** | | **Conventional** |
| Purchase Price: | **$669,999.00** | | |
| | | Contract to Value: | **75%** |

This Pre-Approval is valid until 04/13/2017 assuming that there are no changes in your financial situation and should not be considered a commitment until the following conditions are met:

- Fully executed purchase contract if applicable
- A satisfactory appraisal is accomplished on such property
- Full application
- Final underwriting
- Flood certification

In addition to the above standard conditions, your Pre-Approval will also be subject to the following conditions being met before settlement can occur:

- Final verification of funds to close

Thank you for considering Guidance as your financier of choice. We look forward to assisting you further with any of your mortgage financing needs.

Sincerely,

Rizwana Serang
Account Executive  NMLS# 1448115 | Guidance Residential, LLC - NMLS# 2908
1-866-GUIDANCE (484-3262) ext. 1226 | Fax: (886) 266-0506 | Mobile: (510) 432-7719
rizwana.serang@guidanceresidential.com

## IMPORTANT INFORMATION ABOUT PRE-APPROVAL

"Pre-Approval" means that we have received verbal information from you about your income, employment, and financial position and evaluated it along with your credit history to determine if you qualify for our program. You have not submitted a complete application, nor have we approved an application.  We have not completed any verification of the information you provided. To move forward with the transaction, you must submit a complete application and provide any requested documentation for our review of the application. This letter is not a written commitment to finance your transaction.

G5188

11107 Sunset Hills Road, Suite 200, Reston, VA 20190, USA
www.guidanceresidential.com

18.



**MODERN FINANCE**
**TIMELESS VALUES**

02/28/2017

IMRAN KHAN
11535 YOLANDA AVE.
PORTER RANCH, CA 91326

**Re: Contract #  1-0000037148**

Dear  IMRAN KHAN,

We regret to inform you that we are not able to give further consideration to your application for home financing due to non-receipt of previously requested information and/or documentation.

We do appreciate your interest in our products and services.  If we can be of assistance in the future, please let us know.

Sincerely,

Rizwana Serang
Account Executive
Guidance Residential, LLC
1-866-GUIDANCE (484-3262)

RS:em

Guidance Residential, LLC

11107 Sunset Hills Rd., Suite 200
Reston, VA  20190
tel  703.885.0800
fax  703.885.0811
www.guidancefinancial.com

CERTIFIED MAIL # 7016 1970 0000 0900 3610

Date MARCH 2, 2017

IMRAN KHAN

*Exhibit* D1

11535 YOLANDA AVENUE
NORTHRIDGE, CA 91326


BEN BRIDGE JEWELERS

2901 3RD AVENUE
SEATTLE, WA 98121

Re: Acct # 680…

To Whom It May Concern:

This letter is in response to your recent claim regarding account # 680…, which you claim to have verified my account was PAID, CLOSED WRITTEN off $3,490–").

Yet again, I am now requesting that you remove the item which continue to run as a negative account on my credit profile, which is a violation of the Fair Credit Reporting Act. You have failed to provide me with a copy of any viable evidence, bearing my signature, showing the account is being reported accurately.

Be advised that the description of the procedure used to determine the accuracy and completeness of the information is hereby requested.

Additionally, please provide the name, address, and telephone number of each person who personally verified this alleged account, so that I can inquire about how they "verified" without providing any proof, bearing my signature.

I am again formally requesting a copy of any documents, bearing my signature, showing that I have a legally binding contractual obligation to pay you the alleged amount.

An employee looking at their computer screen, seeing my name listed in their database is NOT verification or validation of any alleged debt.

Be aware that I am making a final goodwill attempt to have you clear up this matter. The listed item is entirely

*Exhibit D2*

inaccurate and incomplete, and represents a very serious error in your reporting.

I am maintaining a careful record of my communications with you for the purpose of filing a complaint with the FTC and the Attorney General's office, should you continue in your non-compliance of federal laws under the Fair Debt Collection Practices Act. I further remind you that you may be liable for your willful non-compliance as per FDCPA § 807. False or misleading representations [15 USC 1962e]

Failure on your behalf to provide a copy of any alleged contract or other instrument bearing my signature will result in a small claims action against your company. I will be seeking $5,000 in damages for the following:

1.) Defamation

2.) Negligent Enablement of Identity Fraud

3.) Violation of the Fair Credit Reporting Act You will be required to appear in a court venue local to me, in order to formally defend yourself.

My contact information is as follows:

Imran Khan

606 36 6925

11535 YOLANDA AVENUE
NORTHRIDGE, CA 91326

P.S. Please be aware that dependent upon your response, I may be detailing any potential issues with your company via an online public press release, including documentation of any potential small claims action.

*Exhibit D2*

21.

2/5/2017                           *Exhibit D3*

Imran Khan

11535 YOLANDA AVE
NORTHRIDGE, CA 91326

BEN BRIDGE JEWELERS

366 WEST HILLCREST DRIVE
THOUSAND OAKS, CA 91360

Re: Acct # 680…

To Whom It May Concern:

This letter is regarding account #680…, which you claim
which you claim the item is negative. my account was paid,
closed, and written off $3,490.00" as of May 2015. This is
a formal notice that your claim is disputed.

I am requesting validation, made pursuant to the Fair Debt
Collection Practices Act. Please note that I am requesting
"validation"; that is competent evidence bearing my
signature, showing that I have (or ever had) some
contractual obligation to pay you.

Please also be aware that any negative mark found on my
credit reports (including Experian, Transunion and Equifax)
from your company or any company that you represent, for a
debt that I don't owe, is a violation of the Fair Debt
Collection Practices Act; therefore if you cannot validate
the debt, you must request that all credit reporting
agencies delete the entry.

Pending the outcome of my investigation of any evidence
that you submit, you are instructed to take no action that
could be detrimental to any of my credit reports.

Failure to respond within 30 days of receipt of this
certified letter will result in small claims legal action
against your company at my local venue. I will be seeking a
minimum of $5,000 in damages for:

1) Defamation

2) Negligent Enablement of Identity Fraud

3) Violation of the Fair Debt Collection Practices Act
(including but not limited to Section 807-8)

22.

*Exhibit D4*

You will be required to appear in a court venue local to me, in order to formally defend yourself.

For the purposes of 15 USC 1692 et seq., this Notice has the same effect as a dispute to the validity of the alleged debt and a dispute to the validity of your claims.

Please Note: This notice is an attempt to correct your records, and any information received from you will be collected as evidence should any further action be necessary. This is a request for information only, and is not a statement, election, or waiver of status.

My contact information is as follows:

Imran Khan

606 36 xxxx

11535 YOLANDA AVE

PORTER RANCH, CA 91326-1820

P.S. Please be aware that dependent upon your response, I may be detailing any potential issues with your company via an online public press release, including documentation of any potential small claims action.

# Ben Bridge
### YOUR PERSONAL JEWELER SINCE 1912

Credit Dept.(206) 448-6811
Toll Free   (888) 917-9171

WASHINGTON • OREGON • CALIFORNIA
ALASKA • HAWAII • NEVADA • ARIZONA
COLORADO • NEW MEXICO • IDAHO • TEXAS
MINNESOTA
www.benbridge.com

*Exhibit F 1 of 1*

IMRAN A KHAN
11535 YOLANDA AVE
NORTHRIDGE CA   91326-1820

82-17

**NEW ADDRESS INFORMATION**

New Phone
Number   (          )          -

**IF PAYING BY MASTERCARD, VISA, DISCOVER, DINERS,
AMERICAN EXPRESS OR JCB, FILL OUT BELOW**

CARD NUMBER                                   AMOUNT

SIGNATURE                                     EXP. DATE

| Account Number | 6800825 |
|---|---|
| Payment Due Date | April 28, 2015 |
| Amount Due | 840.45 |

Amount Enclosed $            ,          .

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

## STATEMENT

Payment received after the last day of the month will reflect on your next statement.
**PLEASE READ REVERSE SIDE FOR ADDITIONAL INFORMATION**

### T R A N S A C T I O N S

| DATE | STORE / REF | PLAN | DESCRIPTION | CHARGES | PAYMENTS / CREDITS |
|---|---|---|---|---|---|
| 03/09/15 | 885-1-60 | 1-12N | PAYMENT-THANK YOU | | -550.00 |

| PLAN | TERMS | PERIODIC RATE | APR | FINANCE CHARGES | ON BALANCE OF | MONTHLY PAYMENT | AMOUNT PAID AHEAD | AMOUNT PAST DUE | MINIMUM AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 12N | 1.65 | 19.8 | 0.00 | 840.45 | 275.00 | 0.00 | 840.45 | 840.45 |

### B A L A N C E   S U M M A R Y

| PREVIOUS BALANCE | PAYMENTS / CREDITS | FINANCE CHARGES | CHARGES / FEES | NEW BALANCE |
|---|---|---|---|---|
| 1,390.45 | -550.00 | 0.00 | 0.00 | 840.45 |

### A C C O U N T   S U M M A R Y

| ACCOUNT NUMBER | AMOUNT PAID AHEAD | AMOUNT PAST DUE | CREDIT LINE | AVAILABLE CREDIT |
|---|---|---|---|---|
| 6800825 | 0.00 | 840.45 | 0.00 | 0.00 |

### IMPORTANT NOTES

| BILLING DATE | DATE DUE | CURRENT AMOUNT DUE |
|---|---|---|
| 03/31/15 | 04/28/15 | 840.45 |

*Please pay your account now or phone us at 1-888-917-9171 to
avoid pending action.  This account information is reported
monthly to 3 major credit reporting agencies.*

*CREDIT HOURS: MONDAY - SATURDAY 9AM TO 6PM, SUNDAY 11AM TO 5:30PM (PST)*

24.

# Ben Bridge
### YOUR PERSONAL JEWELER SINCE 1912

🏠 Home
✉ Contact Us
📅 Payment Schedule
↪ Logoff

Imran A Khan
11535 Yilanda Ave
Northidge, CA 91326

*Exhibit F 1 of 2*

**Credit Department Phone and hours (Pacific Time):**
Phone: 1-888-917-9171
Monday through Friday from 9:30am to 7:30pm
Saturday from 10:30am to 7:00pm
unday from 11:00am to 5:30pm

-- Account Number: 6800825
-- Balance: $0.00
-- Monthly Payment: $0.00
-- Current Due: $0.00

Click here to view your account **statements**

 Make Single Payment

 Setup Payment Plan

* Please note your balance may not reflect recent payments that may be in transit.



© 2017 Ben Bridge, Inc., All Rights Reserved.

This site uses a WebAR application (WebAR) and a Virtual Agent application (VA) which have been licensed by The InterProse Corporation to Ben Bridge, Inc.. The InterProse Corporation owns the copyright and other IP Rights in the WebAR and VR application. "WebAR®" and "VIRTUAL AGENT™" are trademarks owned by The InterProse Corporation.

*Exhibit F 1 of 2*



*Exhibit BBJ1*

February 22nd, 2017

Imran Khan
11535 Yolanda Ave
Northridge, CA. 91326

Re:  Account # 680****

Dear Imran Khan,

This letter is in response to your request that Ben Bridge Jeweler review the above referenced account to insure that the information that was reported to Trans Union, Equifax, and Experian is a true and accurate reflection of your credit history with Ben Bridge Jeweler. Your written request was received by our office on 2/10/17. The request was dated 2/5/17, and postmarked 2/7/17.

**For the security and protection of our customers we must ask you to provide us with some additional information to confirm your identity before we can proceed with your request.**

**We need you to verify your social security number (in the letter you only provided us with the first 5 digits of your social security), and your date of birth. If you are able to provide us with your complete Ben Bridge Jeweler account number then we will only need you to verify your date of birth and the last four digits of your social security number.**

In addition the signature on the request for information must match the signature on the original credit application. Please send this information to us in writing via the enclosed return envelope, or you may call our office at (888) 917-9171. Once we have confirmed your identity we will be more than happy to review your account, and to release any documentation that you might need.

If you have any questions please do not hesitate to contact our office.

Sincerely,

Veronica Nichols
Ben Bridge Jeweler
Credit Department





YOUR PERSONAL JEWELER SINCE 1912

April 5, 2017

*Exhibit BBJ2*

Imran Khan
11535 Yolanda Ave
Northridge, CA. 91326

Re:  Account # 680****

Dear Imran Khan,

This letter is in response to your request that Ben Bridge Jeweler review the above referenced account to insure that the information that was reported to Trans Union, Equifax, and Experian is a true and accurate reflection of your credit history with Ben Bridge Jeweler. Your written request was received by our office on 3/30/17. The request was dated 3/2/17, and postmarked 3/27/17.

**For the security and protection of our customers we must ask you to provide us with some additional information to confirm your identity before we can proceed with your request.**

**Thank you for providing your complete social security number.  However, before we can provide any account details, we still need your date of birth to confirm your identity.**

In addition the signature on the request for information must match the signature on the original credit application. Please send this information to us in writing via the enclosed return envelope, or you may call our office at (888) 917-9171. Once we have confirmed your identity we will be more than happy to review your account, and to release any documentation that you might need.

If you have any questions please do not hesitate to contact our office.

Sincerely,

Janis Linn
Ben Bridge Jeweler
Credit Department

MEMBER
AMERICAN GEM
S O C I E T Y



Corporate Offices  |  P.O. Box 1908  |  Seattle, WA  |  98111  |  206.448.8800

21.

www.benbridge.com

7084-06-00-0000430-0002-0003366

# experian™

Prepared for: IMRAN KHAN
Date: April 08, 2017
Report number: 2849-6488-01

Page 3 of 18

*Exhibit A E 1*

*Personal statements you've asked us to include*  You've given us the following statement to include every time a company asks us for your credit report:

"ID SECURITY ALERT: FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST VERIFYING THE IDENTITY OF THE APPLICANT. THIS SECURITY ALERT WILL BE MAINTAINED FOR 90 DAYS BEGINNING 03-02-17."

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Payment history legend

|  |  |  |  |
|---|---|---|---|
| Current/Terms of agreement met | **VS** | Voluntarily surrendered |
| Account 30 days past due | **R** | Repossession |
| Account 60 days past due | **PBC** | Paid by creditor |
| Account 90 days past due | **IC** | Insurance claim |
| Account 120 days past due | **G** | Claim filed with government |
| Account 150 days past due | **D** | Defaulted on contract |
| **180** Account 180 days past due | **C** | Collection |
| **CRD** Creditor received deed | **CO** | Charge off |
| **FS** Foreclosure proceedings started | **CLS** | Closed |
| **F** Foreclosed | **ND** | No data for this time period |

## Credit items

**BEN BRIDGE JEWELERS**
2901 3RD AVE
SEATTLE WA 98121
**Phone number**
(206) 448 6811
**Partial account number**
680....
**Address identification number**
0176315813

| | | |
|---|---|---|
| **Date opened** Jun 2012 | **Type** Charge Card | **Credit limit or original amount** Not reported |
| **First reported** Aug 2012 | **Terms** Not reported | **High balance** $3,490 |
| **Date of status** May 2015 | **Monthly payment** Not reported | **Recent balance** Not reported |

**Responsibility**
Individual
**Status**
Paid, Closed. $3,490 written off.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item remained unchanged from our processing of your dispute in Mar 2017.

**Payment history**

| 2015 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN |
| CO | CO | CO | CO | CO | CO | ND | ND | ND | ND | ND | ND |

| 2014 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN |
| ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| 2013 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN |
| ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| 2012 | | | | | |
|---|---|---|---|---|---|
| MAY | APR | MAR | FEB | JAN | |
| ND | ND | ND | ND | ND | |

| | | | | | | |
|---|---|---|---|---|---|---|
| DEC | NOV | OCT | SEP | AUG | | |
| ND | ND | ND | ND | ND | | |

0703201366

*Exhibit A E 1*

28









7016 1970 0000 0900 3603

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.49 |
| Total Postage and Fees | $3.84 |

Postmark Here: LOS ANGELES BARRINGTON STATION MAR 02 2017

Sent To: Experian

Street and Apt. No., or PO Box No.: P.O. Box 4000

City, State, ZIP+4®: Allen Tx 75013

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 1970 0000 0900 3610

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.49 |
| Total Postage and Fees | $3.84 |

Postmark Here: LOS ANGELES BARRINGTON STATION MAR 02 2017

Sent To: Ben Briggs Jewelers

Street and Apt. No., or PO Box No.: 301 3rd Avenue

City, State, ZIP+4®: Northridge, CA 91326

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 1970 0000 0899 6593

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

THOUSAND OAKS, CA 91360

| | |
|---|---|
| Certified Mail Fee | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.49 |
| Total Postage and Fees | $3.84 |

0305 09

Postmark Here: STUDIO CITY STATION NORTH HOLLYWOOD CA 91604 FEB 7 2017

02/07/2017

Sent To: Ben Briggs Jewelers

Street and Apt. No., or PO Box No.: 366 West Hillcrest Drive

City, State, ZIP+4®: Thousand Oak CA 91360

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 1970 0000 0899 6586

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

CRUM LYNNE, PA 19022

| | |
|---|---|
| Certified Mail Fee | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.49 |
| Total Postage and Fees | $3.84 |

0305 09

Postmark Here: STUDIO CITY STATION NORTH HOLLYWOOD CA 91604 FEB 7 2017

02/07/2017

Sent To: Trans Union LLC

Street and Apt. No., or PO Box No.: P.O. Box 2000

City, State, ZIP+4®: Chester PA 19022

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 1970 0000 0899 6579

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

ALLEN, TX 75013

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $0.49 |
| Total Postage and Fees | $3.84 |

0420 38

Postmark Here

02/08/2017

Sent To: Experian

Street and Apt. No., or PO Box No.: P.O. Box 4000

City, State, ZIP+4®: Allen Tx 75013

PS Form 3800, April 2015

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| | |
|---|---|
| **I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ ) | **DEFENDANTS** ( Check box if you are representing yourself ☐ ) |
| Imran Khan | Bsn Bridge Jewelers<br>Veronica Nichols, Janis Linn |

| | |
|---|---|
| **(b)** County of Residence of First Listed Plaintiff _Los Angeles_<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant _____<br>*(IN U.S. PLAINTIFF CASES ONLY)* |

| | |
|---|---|
| **(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.<br>Imran Khan   11026 Ventura Blvd # 15A<br>Studio City Ca 91604<br>ImranPop.Art1@gmail.com   Ph. 323 617 2224 | Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

| | |
|---|---|
| ☐ 1. U.S. Government Plaintiff | ☒ 3. Federal Question (U.S. Government Not a Party) |
| ☐ 2. U.S. Government Defendant | ☐ 4. Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding   ☐ 2. Removed from State Court   ☐ 3. Remanded from Appellate Court   ☐ 4. Reinstated or Reopened   ☐ 5. Transferred from Another District (Specify)   ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 10,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

FDCPA, FCRA, Rosenthal violations

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | **TORTS** | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 371 Truth in Lending | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☒ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 891 Agricultural Acts | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 440 Other Civil Rights | ☐ 690 Other | |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 441 Voting | **LABOR** | |
| ☐ 895 Freedom of Info. Act | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/ Accommodations | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

| | | |
|---|---|---|
| **FOR OFFICE USE ONLY:** | Case Number: | CV 17 - 03427 |

| | | |
|---|---|---|
| CV-71 (02/16) | CIVIL COVER SHEET | Page 1 of 3 |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII.  VENUE:**  Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

**QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?**
☐ Yes  ☒ No
If "no," skip to Question C. If "yes," answer Question B.1, at right.

**B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?
*check one of the boxes to the right* →
- ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.
- ☐ NO. Continue to Question B.2.

**B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)
*check one of the boxes to the right* →
- ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.
- ☐ NO. Your case will be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there.

**QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action?**
☐ Yes  ☒ No
If "no," skip to Question D. If "yes," answer Question C.1, at right.

**C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?
*check one of the boxes to the right* →
- ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.
- ☐ NO. Continue to Question C.2.

**C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)
*check one of the boxes to the right* →
- ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.
- ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there.

| QUESTION D:  Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

**D.1.  Is there at least one answer in Column A?**
☐ Yes  ☒ No
If "yes," your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question E, below, and continue from there.
If "no," go to question D2 to the right. →

**D.2.  Is there at least one answer in Column B?**
☐ Yes  ☒ No
If "yes," your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question E, below.
If "no," your case will be assigned to the WESTERN DIVISION.
Enter "Western" in response to Question E, below. ↓

**QUESTION E: Initial Division?**                   INITIAL DIVISION IN CACD
Enter the initial division determined by Question A, B, C, or D above: →   WESTERN

**QUESTION F: Northern Counties?**
Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties?   ☐ Yes  ☒ No

CV-71 (02/16)                    CIVIL COVER SHEET                    Page 2 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?**   ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?**   ☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**    DATE: 5/4/2017

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |