CIVIL MINUTES -- GENERAL

Case No.  **CV 17-3427-JFW(AGRx)**                                      Date: August 2, 2017

Title:  Imran Khan -v- Ben Bridge Jewelers, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                                                   None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of June 22, 2017, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for August 7, 2017, is **VACATED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.